1   PHILIP A. TALBERT
United States Attorney
2   DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
3   Social Security Administration
JEFFREY CHEN, CSBN 260516
4   Special Assistant United States Attorney
      Social Security Administration
5       160 Spear Street, Suite 800
        San Francisco, CA  94105
6       Telephone: (415) 977-8939
        Facsimile: (415) 744-0134
7       Email: Jeffrey.Chen@ssa.gov
8
Attorneys for Defendant
9

10                  UNITED STATES DISTRICT COURT

11                  EASTERN DISTRICT OF CALIFORNIA

12                        FRESNO DIVISION

13

14   TONI LYNN ISAAC,                    )   Civil No. 1:16-cv-00232-SKO
                                         )
15           Plaintiff,                  )   **STIPULATION AND ORDER FOR A**
                                         )   **SECOND EXTENSION OF TIME FOR**
16           v.                          )   **DEFENDANT TO FILE HER**
                                         )   **ANSWERING BRIEF**
17   CAROLYN W. COLVIN,                  )
18   Acting Commissioner of Social Security,  )
                                         )
19           Defendant.                  )
                                         )
20   _____  )

21           IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and

22   with the approval of the Court, that Defendant shall have a second extension of time of 30 days

23   to file her opening brief.  Defendant respectfully requests this additional time because of a very

24   heavy workload, and because of an upcoming family vacation to Taiwan that will result in an

25   absence from the office from Monday, February 27 through Friday, March 17, 2017.

26           The new due date for Defendant's answering brief will be Wednesday, March 22, 2017.

27

28
                             Respectfully submitted,

                                      1

Date: _February 24, 2017_                   CERNEY, KREUZE & LOTT, LLP

                              By:     _/s/ Shellie Lott*_____
                                      SHELLIE LOTT
                                      *By email authorization on Feb. 24, 2017*
                                      Attorney for Plaintiff

Date: _February 24, 2017_                   PHILIP A. TALBERT
                                      United States Attorney

                              By:     _/s/ Jeffrey Chen_____
                                      JEFFREY CHEN
                                      Special Assistant United States Attorney
                                      Attorneys for Defendant

# ORDER

        Based on the parties' above-stipulation (Doc. 12), IT IS ORDERED that Defendant has an additional 30 days to file her Answering Brief.  The new deadline for the Answering Brief is March 22, 2017.  All other deadlines set forth in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated:   **February 24, 2017**                   _/s/ Sheila K. Oberto_____
                                      UNITED STATES MAGISTRATE JUDGE

2