PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TONI LYNN ISAAC, <br><br> Plaintiff, <br><br> v. <br><br> NANCY A. BERRYHILL, <br> Acting Commissioner of Social Security, <br><br> Defendant. | Civil No. 1:16-cv-00232-SKO <br><br> **STIPULATION AND ORDER FOR A THIRD EXTENSION OF TIME FOR DEFENDANT TO FILE HER ANSWERING BRIEF** |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, and with the approval of the Court, that Defendant shall have a third extension of time of 7 days to file her opening brief.  Defendant respectfully requests this extra time because the undersigned just returned from a three-week vacation in Taiwan and, upon review of Plaintiff's brief, believes that the facts warrant settlement consideration in lieu of further litigation.  The undersigned therefore requests this additional time to consult with the client regarding settlement authority.

The new due date for Defendant's answering brief or any remand stipulation will be Wednesday, March 29, 2017.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: March 22, 2017 | CERNEY, KREUZE & LOTT, LLP |
| By: | /s/ Shellie Lott* <br> SHELLIE LOTT <br> * By email authorization on March 22, 2017 <br> Attorney for Plaintiff |
| Date: March 22, 2017 | PHILIP A. TALBERT <br> United States Attorney |
| By: | /s/ Jeffrey Chen <br> JEFFREY CHEN <br> Special Assistant United States Attorney <br> Attorneys for Defendant |

## ORDER

Based on the parties' above-stipulation (Doc. 14), IT IS ORDERED that Defendant has an additional 7 days to respond to Plaintiff's Opening Brief.  The new deadline for Defendant's response is March 29, 2017.  All other deadlines set forth in the Scheduling Order (Doc. 3) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **March 23, 2017**                    /s/ *Sheila K. Oberto*
                                                                    UNITED STATES MAGISTRATE JUDGE