PHILIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
JEFFREY CHEN, CSBN 260516
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA  94105
    Telephone: (415) 977-8939
    Facsimile: (415) 744-0134
    Email: Jeffrey.Chen@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| TONI LYNN ISAAC, | ) Civil No. 1:16-cv-00232-SKO |
| Plaintiff, | ) **STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g)** |
| v. | ) |
| NANCY A, BERRYHILL, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

    IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that the Commissioner of Social Security has agreed to a voluntary remand of this case pursuant to <u>sentence four</u> of 42 U.S.C. § 405(g). The purpose of the remand is to offer Plaintiff a new hearing and decision.

1

Upon remand to the defendant, the Office of Disability Adjudication and Review (ODAR) will remand this case to an Administrative Law Judge (ALJ) with instructions to reevaluate the medical evidence of record, reassess Plaintiff's residual functional capacity, and obtain supplemental vocational expert testimony if needed.  The ALJ will take any further action deemed necessary to develop the record and issue a new decision.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date: _March 29, 2017_ | CERNEY KREUZE & LOTT, LLP |
| By: | _/s/ Shellie Lott*_ |
|  | SHELLIE LOTT |
|  | * By email authorization on March 29, 2017 |
|  | Attorney for Plaintiff |
| Date: _March 29, 2017_ | PHILIP A. TALBERT |
|  | United States Attorney |
| By: | _/s/ Jeffrey Chen_ |
|  | JEFFREY CHEN |
|  | Special Assistant United States Attorney |
|  | Attorneys for Defendant |

## ORDER

Based upon the parties' above-Stipulation for Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) ("Stipulation for Remand") (Doc. 16), and for cause shown, IT IS ORDERED that the above-captioned action be REMANDED to the Commissioner of Social Security for further administrative proceedings consistent with the terms of the Stipulation for Remand.

The Clerk of the Court is hereby DIRECTED to (1) enter judgment in favor of Plaintiff Toni Lynn Isaac and against Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, and (2) administratively close this file.

IT IS SO ORDERED.

Dated:     **March 30, 2017**                    /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE